

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/14/2019

| | | |
|---|---|---|
| IN RE: | § | |
| VANGUARD NATURAL RESOURCES, LLC | § | CASE NO: 17-30560 |
|     Debtor(s) | § | |
| | § | CHAPTER 11 |
| | § | |
| VANGUARD OPERATING, LLC | § | |
|     Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 18-03046 |
| | § | |
| STATE OF WYOMING, DEPARTMENT OF REVENUE, MINERAL TAX DIVISION | § | |
|     Defendant(s) | § | |

## ORDER

    For the reasons set forth in the Memorandum Opinion issued on this date, the State of Wyoming Department of Revenue's Motion to Abstain is denied.

    SIGNED **May 14, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE